# United States District Court

## Northern District of Indiana

ARCELORMITTAL BURNS HARBOR,
LLC, a Delaware Limited Liability
Company
          Plaintiff,

                                      JUDGMENT IN A CIVIL CASE

        v.

                                      **Case No. 2:08 CV 270 TS**

BLUESTONE COAL CORPORATION,
a West Virginia Corporation; and
BLUESTONE COAL SALES
CORPORATION, a Delaware
Corporation,
          Defendants.

[ ]    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.**  This action came to trial, hearing or consideration before the Court.  The issues have been tried, heard or considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that this case is REMANDED to the Porter County Superior Court.

                                                                  Stephen R. Ludwig, Clerk

                                                                   By: /s/ Kimberly Pastrick
                                                                   Deputy Clerk

**Post Judgment Interest Rate**: N/A

This document entered pursuant to Rules 79(a) and 58
of the Federal Rules of Civil Procedure on **November 25, 2008**.